not paid for at that time. Such evidence, if it existed, was in the possession of the taxpayer, and his failure to introduce it must necessarily be construed to mean that the goods in the inventory were all paid for in prior years and that the partnership was without inventory on March 1, 1913.

Under these circumstances we can not determine that the Commissioner has erred in the action he has taken. A simple illustration will suffice to show the soundness, in general, of his position.

If the taxpayer had started business on January 1, 1919, without inventory, had purchased $100,000 of merchandise, had sold one-half of such merchandise for $100,000, carrying one-half of it, he would have reported on the cash receipts and disbursements basis he was using, gross sales of $100,000, less the cost of goods, $100,000, resulting in no net income. If, then, for the year 1920 he had sold the one-half of such merchandise for $100,000, carrying one-half of it, he would have reported on the cash receipts and disbursements basis, gross sales of $100,000 and net sales of $100,000. He now seeks, however, because he has changed his basis of accounting, to deduct, in arriving at his net sales, the inventory which he carried forward at the beginning of the year and worth, in our illustration, $50,000. If he is allowed to do so, his net sales for 1920 will be $50,000, although in the illustration given the net sales are obviously $100,000.

Upon the record now before the Board, the determination of the Commissioner must be approved.

On consideration by the Board, SMITH dissents.

---

Appeal of **JULIUS HENRY COHEN.**          Docket No. 1437.

The deficiency is determined in accordance with stipulation filed by counsel.

Submitted February 2, 1925; decided February 13, 1925.

Carl A. Mapes, Esq., for the taxpayer.

B. G. Simpich, Esq. (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before JAMES, STERNHAGEN, TRAMMELL, and TRUSSELL.

This appeal involves a deficiency in income and profits tax for the year 1918 in the amount of $1,220.15 as set forth in the Commissioner's deficiency letter of November 12, 1924. Counsel for the Commissioner and the taxpayer filed a stipulation with the Board whereby it is agreed that there is no deficiency for 1918, and that a deficiency of $9.69 exists for the year 1919.

#### DECISION.

In accordance with the stipulation the deficiency originally determined by the Commissioner for 1918 is disallowed and the taxpayer's deficiency for 1919 is determined to be $9.69.